177 So. 915

**CONSOLIDATED STATE BANK v. Emma L. GREENWOOD.**

I Div. 953.

Supreme Court of Alabama.

Nov. 11, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

---

177 So. 915

**Thelma Martin CRAWFORD v. PROVIDENT MUTUAL LIFE INSURANCE CO. OF PHILADELPHIA.**

6 Div. 170.

Supreme Court of Alabama.

Dec. 14, 1937.

Smith, Windham, Jackson & Rives, of Birmingham, for appellant.

Cabaniss & Johnston, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

---

178 So. 919

**Nannie CROWE, as Ex'x, etc., v. Amma DANIELS.**

8 Div. 863.

Supreme Court of Alabama.

Feb. 11, 1938.

Chas. H. Eyster, of Decatur, for appellant.

W. L. Chenault, of Russellville, and Wert & Hutson, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed, by agreement.

---

177 So. 915

**W. N. DANIEL (Dixie Inn) v. F. M. SHAMBLIN et al.**

6 Div. 202.

Supreme Court of Alabama.

Nov. 23, 1937.

PER CURIAM.

Appeal dismissed.